IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KMART CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-345 |
| GATOR FEASTERVILLE PARTNERS, et al. | : | |

## ORDER

AND NOW, this 20th day of September, 2013, "Defendants' Motion to Dismiss Plaintiff's Complaint" (doc. no. 3) is granted. Plaintiff's complaint is dismissed without prejudice. By Wednesday, October 9, 2013, plaintiff may file an amended complaint. If plaintiff does not do so by that date, this action, without more, will be dismissed with prejudice. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.